*E-Filed 10/9/13*

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>METRO PUBLISHING,<br><br>    Defendant.<br>                                                        / | No. C 13-3850 RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT;**<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL** |

This federal civil rights action was dismissed because plaintiff failed to file a timely application to proceed *in forma pauperis*. Plaintiff now has filed such application, which the Court construes as containing a motion to reopen the action. So construed, it is GRANTED. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED.

**Plaintiff shall file an amended complaint on or before December 1, 2013.** The amended complaint must include the caption and civil case number used in this order (13-3850 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint *completely* replaces the previous complaints, plaintiff must include in his first amended complaint *all* the claims he wishes to present and *all* of the

defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Any claims not raised in the first amended complaint will be deemed waived. Plaintiff may *not* incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff's motion to appoint counsel (Docket No. 10) is DENIED without prejudice. He may refile such motion when he files his amended complaint. The Clerk shall terminate Docket No. 10.

**IT IS SO ORDERED**.

DATED: October 9, 2013

RICHARD SEEBORG
United States District Judge